## SMITH v. STATE.
### No. 14409.

Court of Criminal Appeals of Texas.
May 27, 1931.

Harney & Buckley, of Borger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Under an indictment charging assault with intent to murder, appellant was convicted of aggravated assault and his punishment assessed at seven months' confinement in the county jail.

The record is before this court without statement of facts or bills of exception, save some exceptions to the charge of the court. In the absence of the facts, objections to the court's charge cannot be appraised.

Nothing is presented for review, and the judgment is affirmed.